RECEIVED
OCT 16 2014
OCT 16 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tito Shines

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart
John Doe ①
John Doe ②

Case No: 14-CV-03873
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:   AMENDED

__✓__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Tito Shines

B. List all aliases: N/A

C. Prisoner identification number: B-51960

D. Place of present confinement: State Ville

E. Address: P.O. Box 112, Joliet IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Thomas Dart
   Title: Sheriff
   Place of Employment: Cook County Jail

B. Defendant: John Doe
   Title: Director
   Place of Employment: Cermak Health Services

C. Defendant: John Doe
   Title: Pharmacy
   Place of Employment: Cermak Health Services

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A  14-CV-03187

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A Tito Shines

D. List all defendants: N/A Thomas Dart sup Grier ofc Lupe Cahino / Asst Director Mario Reyes

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 1st District

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: failure to Protect

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismiss

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This is A 1983 Civil Action Against Thomas Dart and two John Doe who Acted under State law by Contracting out to Cook County Jail. I have a medical condition known As Myasthenia Gravis it is a condition which cause weakness in certain Muscles including weakness in the eyelids, Jaw Arms & legs I receive A Certain Medication Pyridostigmine I have went weeks without my Medication grievance have been wrote yet the only thing they State is the Pharmacy didnt receive it or didnt send it. A couple weeks ago I Almost fell down the stairs because my legs were weak. This medication is something I take & need daily Plenty of tests have ben done at Stroger Hospital by Neurologists there are no reason why I should be going 3 weeks without this medication this is Deliberate indifference

to my Serious medical need.

An on 4-29-14 I was given my medication of only 2 pills even though this is suppose to be for a week it should 7 pills in the bottle. ① John Doe is the Director of Cermak Health Services that plays a role in maken sure everything is going the way they should with Cermak Health Services and ② John Doe is the person of Pharmacy who make sure all medication get to all the inmate at Cook County Jail with the title they hold it make them resupposeful for me not getting my medication.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to the deliberate indifference shown by these defendents Thomas Dart, John Doe, John Doe Plantiff Asks this Court find in his favor 250,000.00 for each defendent. Plantiff sues in their offincl & individual Capacitys with All respect As A Body.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  29  day of  June , 20 14

_Tito Shines_
(Signature of plaintiff or plaintiffs)

Tito Shines
(Print name)

B-51960
(I.D. Number)

P.O. Box 112
Joliet IL. 60434
(Address)

6

## CERMAK HEALTH SERVICES OF COOK COUNTY

## GRIEVANCE APPEAL NOTATION

**Grievance # 2014x0516**
**CCDOC # 20130920256**
**Date appeal requested: 2/23/14**
**Date appeal received: 3/5/14**

**Date: 3/6/14**

**Note:**
Pt received the medication on 1/15/14 for 1 week supply. Did not receive again until 2/5/14 according to the medication record. There was a break in the weekly delivery.

This information is based only on the medical investigation performed by Cermak Health Services. This is not a final ruling on the appeal from the Administrator. The signer of this note is not an employee of CCDOC or Cook County Sheriff.

IN THE
_____

_____

Tito Shines
**Plaintiff/Petitioner**   )
   )
   )
Vs.   )
   )   No. 14-CV-3873
two John Doe   )
**Defendant/Respondent**   )
   )

## PROOF/CERTIFICATE OF SERVICE

TO: (1) John Doe
Head of Cermak
Health Services

TO: (2) John Doe
Pharmacy
Cermak Health Services

PLEASE TAKE NOTICE that on 10-13 , 20 14 , I placed the attached or enclosed documents in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 10-13-14

/s/ Tito Shines
NAME: Tito Shines
I.D.O.C.#: B-51960
Stateville Correctional Center
P.O. Box: 112
Joliet, IL 60434

Subscribed and sworn to before me this 13 day of 10 , 20 14 .

_____
Notary Public